**DOCKET NUMBER**: 17CR004___    **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE**:___KORMAN___    **DATE**: 10/3/2018_ **TIME IN COURT** 1__HRS_10_ **MINS**

**DEFENDANT'S NAME**: JOHN DOE_____**DEFENDANTS #**_____
✓ Present    ' Not Present    ✓ Custody    ' Not Custody

**DEFENSE COUNSEL**:___CESAR DE CASTRO_____
' Federal Defender    ✓ CJA    ' Retained

**A.U.S.A.**:_MARGARET LEE_____    **Case Manager**: PaulaMarie Susi

ESR _ROCCO/HONG_    **INTERPRETER**:_____    **LANGUAGE**:_____

' ✓ Revocation of Probation non contested    ☐ Revocation of Probation contested
' ✓ Sentencing non-evidentiary    ☐ Sentencing Contested
' Revocation of Supervised Release evidentiary    ☐ Revocation of Supervised Release non-evidentiary

✓ CASE CALLED.    ✓ **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
_ SENTENCING ADJ'D TO_____.
✓ SENTENCING HELD.    ✓ STATEMENTS OF DEFT AND COUNSEL HEARD.
✓ DEFT SENTENCED ON COUNT(S)_____
SENTENCE TEXT:_____

_CR6 T/s + 2yrs SR conditions $ 300 SA_

_____

RMG OPEN COUNTS ARE DISMISSED ON    _    GOVTS    _    COURT'S MOTION
_ *COURT ADVISED DEFT OF RIGHT TO APPEAL.* _    I.F.P. GRANTED.
_ *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
_ DEFT REMANDED.    _    DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
' ~Util-Plea Entered    ' ~Util-Add terminate Attorneys    ' ~Util-Bond Set/Reset
' ~Util-Exparte Matter    ' ~Util-Indictment Un Sealed    ' ~Util-Information Unsealed
' ~Util-Set/Reset Deadlines    ' ~Util-Set/Reset Deadlines/Hearings
' ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ' ~Util-Terminate Motions
' ~Util-Terminate Parties    ' ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** '    YES    '    NO
**TEXT**

_____
_____
_____
_____
_____
_____